TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6288**

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**CR - ROETTGER**

**MAGISTRATE JUDGE
SNOW**

UNITED STATES OF AMERICA,   :

           Plaintiff,   :

vs.   :

CADIA GRITTON,   :

           Defendant.   :

_____ :

## INFORMATION

The United States Attorney charges that:

    On or about January 16, 2000, at Broward County and elsewhere, in the Southern District of

Florida, the defendant,

### CADIA GRITTON,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance,

that is, marijuana, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,

United States Code, Section 2.

*[signature]*

GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA  CASE NO. _____
v.

CADIA GRITTON

**CERTIFICATE OF TRIAL ATTORNEY\***
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
X   FTL   ___ WPB ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect ____English____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       __X__     Petty      ____
   II   6 to 10 days      ____      Minor      ____
   III  11 to 20 days     ____      Misdem.    ____
   IV   21 to 60 days     ____      Felony     __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ____No____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: ____00-604-CR-SEITZ____
   Defendant(s) in federal custody as of ____7/20/00____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

\*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: CADIA GRITTON            NO. _____

Count #I:  21 U.S.C. § 841(a)(1) Possess with Intent to Distribute Marijuana

*Max. Penalty: 20 years' imprisonment; $1,000,000 fine

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CADIA GRITTON

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6288

I, CADIA GRITTON, the above named defendant, who is accused of possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant.*

_____
*Counsel for Defendant*

Before _____
    *Judicial Officer*