UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 66096-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6288-CR-NCR
                          ) REPORT COMMENCING CRIMINAL
          -vs-            ) ACTION
                          )
CADIA T. GRITTON          )
              Defendant

********************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-4-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID ~~COCAINE~~ MARIJUANA

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 6-11-74

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____