COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Cadia Gritton (J)#     CASE NO: 00-6288-CR-Roettger

AUSA: Terry Thompson / present     ATTNY: Junior Farquharson (perm)

AGENT:     VIOL:

PROCEEDING: Initial Appearance on Information     BOND REC:

BOND HEARING HELD - yes /(no)     COUNSEL APPOINTED:

BOND SET @    $10,000 Corp Surety w/ Nelitia

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

X - advised of charges
X - waives indictment

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

plea likely
(X in detention on related case)
No Bond. hrg set - Both sides stipulate to a $10,000 CSB w/ Nelitia - each side reserving right to proceed w/ PTD hrg at a later date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:    N/A
STATUS CONFERENCE:

DATE: 10-4-00    TIME: 11:00am    TAPE # 00-077    PG # 2
1623 † 890

4/4.