AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CADIA GRITTON

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6288-CR-NCR-Ferguson

I, CADIA GRITTON, the above named defendant, who is accused of possession with intent to distribute marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on OCT. 4, 2000 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Cadia Gritton_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer
Oct 4, 2000