10-4-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ 00-6288-CR-NCR
Ferguson

UNITED STATES OF AMERICA,    :

v.                           :        NOTICE OF PERMANENT
                                      APPEARANCE AS COUNSEL
*Cadia Gritton*              :           OF RECORD

                             :

        COMES NOW __JUNIOR FARQUHARSON__ and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

        Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

        Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

        **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

        DATED: __10.4.00__

                        Attorney __JUNIOR FARQUHARSON__
                        Address __5546 W. OAKLAND PK. BLVD.__
                        City __LAUDERHILL__ State __FL__ Zip __33313__
                        Telephone __(954) 717-2515__
                        Florida Bar No. __0013460__

        The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

                        _Cadia Gritton_