UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6288-CR-Roettger

UNITED STATES OF AMERICA

vs

Cadia Gritton

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-4-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:     Address: In Custody

               Telephone:

DEFENSE COUNSEL:  Name: Junior farquharson

                  Address:

                  Telephone:

BOND SET/CONTINUED: $ Cont. in custody-Both sides stip. to a $10,000 CSB w/nebbia, both sides reserving right to proceed with PTD at a later date.
Bond hearing held: yes____ no _x_  Bond hearing set for_____

Dated this __4__ day of __October__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. _00-077_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services