UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-604-CR-SEITZ
CASE NO. 00-6288-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CADIA GRITTON, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF LOWER NUMBERED RELATED CASE AND MOTION FOR TRANSFER OF RELATED ACTION PURSUANT TO LOCAL RULE 3.9C

The United States of America, by and through its undersigned Assistant United States Attorney for the Southern District of Florida, hereby files its Notice of Lower Numbered Case and Motion for Transfer of Similar Action Pursuant to Southern District of Florida Local Rule 3.9C, as follows:

1. Defendant Cadia Gritton was first indicted in Case Number 00-604-CR-SEITZ for importation and possession with intent to distribute cocaine. The defendant was subsequently charged with possession with intent to distribute marijuana in case number 00-6288-CR-ROETTGER. In both cases, the defendant was acting as a drug courier.

2. The United States and the defense respectfully request that the higher numbered case, 00-6288-CR-ROETTGER, be transferred to Judge Seitz. Following such a transfer, the two cases can



then be consolidated for purposes of change of plea and sentencing. The joint disposition of these cases would avoid "the unnecessary duplication of judicial labor" that would occur if the two cases were heard by different judges.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500063
500 EAST BROWARD BLVD., Suite 700
FORT LAUDERDALE, FL 33394
(954) 356-7306
(954) 356-7228 (FACSIMILE)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Lower Numbered Related Case and Motion for Transfer of Related Action Pursuant to Local Rule 3.9C was served via Federal Express mail this 30th day of October, 2000, upon: Junior Wane Farquaharson, 5546 West Oakland Park Blvd., Suite 220, Lauderhill, Florida 33313.

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY