UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

CADIA GRITTON,

    Defendant.
_____/

Case No.: 00-6288-CR-ROETTGER

**ORDER ON MOTION TO TRANSFER**

FILED by _____ D.C.
JAN 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** is before the Court upon the Government's motion to transfer this case to Judge Patricia A. Seitz. The defendant was first indicted in Case Number 00-604-CR-SEITZ for importation and possession with intent to distribute cocaine. The defendant was subsequently charged with possession with intent to distribute marijuana in case number 00-6288-CR-ROETTGER. In both cases, the defendant was acting as a drug courier. The government and defense request that the higher numbered case, 00-6288-CR-ROETTGER, be transferred to Judge Seitz because the two cases can be consolidated for purposes of change of plea and sentencing. The joint disposition of these cases would avoid "the unnecessary duplication of judicial labor" that would occur if the two cases were heard by different judges. This being the case, the court will grant the instant motion contingent upon Judge Patricia A. Seitz willingness to accept the transfer. Upon consideration of this motion and the record in this case, then, it is

    **ORDERED AND ADJUDGED** that the above styled cause be and the same is hereby transferred to The Honorable Patricia A. Seitz, contingent upon her acceptance. All previous matters heretofore

set in said cause are hereby vacated. All pleadings hereinafter filed shall bear the following case number, Case No. 00-604-CR-SEITZ.

DONE AND ORDERED this  16  day of    Jan    , 2001.

                                    _____
                                    NORMAN C. ROETTGER
                                    UNITED STATES DISTRICT COURT JUDGE

---

After reviewing the Court file in the above numbered cause, the undersigned accepts transfer of said cause.

THE FOREGOING transfer is herewith accepted this  16  day of    J7    , 2001.

                                    _____
                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record
    Judge Seitz