CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _____ D.C.
FEB 6 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6288-Cr        Date 2/6/01
Clerk L Webb              Reporter D. Ehrlich
USPO No                   Interpreter No

UNITED STATES OF AMERICA v. Cadia Gritton

AUSA T. Thompson          Defense Counsel J. Farquashon

Defendant(s): Present  X   Not Present _____  In Custody Yes

Reason for Hearing: Change of plea to Information

Result of Hearing: Adjudicated Guilty;
Referred to probation

Sent 2/14/01 @ 2:30

Misc.: _____

Case Continued to: _____ Time _____ For _____