UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Patricia A. Seitz

00-604-CR

DATE 2/14/01    DEFT. Cadia Gritton    CASE # 00-6288-CR
REPORTER David Ehrlich    CLERK Wilma Jackson
AUSA Terrence Thompson   DEFT. COUNSEL Javier Harguindey
                                        Tara Garcia USPO

( ) Deft. failed to appear - warrant to issue. Bond forfeited.
( ) Sentencing continued until _____ at _____
( ) JUDGMENT AND SENTENCE
Imprisonment: 37 mo. as to ct 3 in case # 00-604-CR and as to ct 1 of the info. in case 00-6288-CR to run concurrent

FILED by ___ D.C.
FEB 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(✓) Custody of Defendant:
    ( ) Remanded to the United States Marshal
    ( ) Voluntary Surrender to (designated institution or U. S. Marshal)
    _____ before 2:00 p.m.
    ( ) Defendant released on _____ bond pending appeal
(✓) Commitment recommendation: So. Fla.

Supervised Release: 3 yr to run concurrent
Deportation

Assessment: $200.00
Other: (Fine, restitution, etc.) No fine

(✓) Additional comments: Co-deft received 2 pt reduction by Judge Nesbitt
No obj to PSI