USDC FLSD 245B (Rev 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **GRITTON, CADIA TERRINE**
CASE NUMBER: **00-6288-CR-SEITZ**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 months, to run concurrent with sentence imposed in case #00-604-CR-SEITZ.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** a facility in South Florida where her family and child resides.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at _____ a.m. / p.m. on _____

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [ ] before 2:00 p.m. on _____

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

DEFENDANT DELIVERED  4-25-01
SURRENDE[R]
TO FCI TALLAHAS[SEE]
BY BOP BUS  X
BY: _Salvas_
For In[mate]

USDC FLSD 245B (Rev 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
V.
CADIA TERRINE GRITTON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-6288-CR-SEITZ**
Counsel For Defendant: **Junior W. Farquharson, Esq.**
Counsel For The United States: **AUSA Terrence J. Thompson, Esq.**
Court Reporter: **David Ehrlich**


FILED by _____ D.C.
FEB 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THE DEFENDANT:**
[X] pleaded guilty to count(s) One of the Information.

[ ] pleaded nolo contendere to count(s)
    which was accepted by the court.

[ ] was found guilty on count(s)
    after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) | Possession with intent to Distribute Marijuana. | January 16, 2000 | One |

The defendant is sentenced as provided in pages 2 through **8** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **6/11/74**
Defendant's USM Number: **66096-004**

Defendant's Residence Address:
  17701 N. W. 10th Court
  Miami, FL  33169

Defendant's Mailing Address:
  17701 N. W. 10th Court
  Miami, FL  33169

2/14/01
Date of Imposition of Judgment

_/s/ Patricia A. Seitz_
Signature of Judicial Officer

**Patricia A. Seitz**
United States District Judge

Date: 2-14-01

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date: 2/14/01