CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by __ JA __ D.C.
JUN 27 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-604-Cr/00-628-cr   Date 6/26/01
Clerk H. Webb   Reporter D. Ehrlich
USPO _____   Interpreter _____
USPTS _____

AUSA D. Washington   Def. Atty. J. Farquharson

United States of America v. Cadia Gritton

Defendant(s): Present ___   Not Present X   In Custody ___
Reason for Hearing Rule 35 hearing.

Results of Hearing 18.5 months → sentenced reduce to this.

Misc. _____