UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6288-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

CADIA TERRINE GRITTON,
Reg. No. 66096-004

_____/



FILED by _____ D.C.
JUN 2 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT

THIS MATTER having come before the Court upon the Government's Motion for Reduction of Sentence imposed as to the Defendant, Cadia Terrine Gritton, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having reviewed said motion and argument of counsel, and being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Cadia Terrine Gritton, is hereby **GRANTED**, it being further

ORDERED AND ADJUDGED that the original Order of Judgment in a Criminal Case, entered February 14, 2001, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Eighteen and One-Half (18.5) months** to run concurrent with the sentence imposed in Case No. 00-604-Cr-Seitz."

it being further

**ORDERED AND ADJUDGED** that all other provisions of the original Order of Judgment in a Criminal Case, entered February 14, 2001, shall remain in full force and effect.

**DONE AND ORDERED**, in Miami, Florida, this _____ day of June, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  Dana Washington, AUSA
     Junior Farquharson, Esq.
     Bureau of Prisons
     U.S. Marshals Service
     U.S. Probation Office